Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL I

| EL PUEBLO DE PUERTO RICO<br>Parte Recurrida<br><br>v.<br><br>WILIAM MONTALVO PÉREZ<br>Parte Peticionaria | KLCE202401054 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Arecibo<br><br>Crim. Núm.:<br>C LA2009G0281-0294;<br>C LA2009G0150;<br>C LA2009G0156-0157;<br>C LA2009G0275<br>C LA2009G0324-0329<br>C LA2009G0370-0371<br>C LA2009G0375-0376<br>C LA2009G0380-0389 |
|---|---|---|

Panel integrado por su presidente, el Juez Sánchez Ramos, el Juez Pagán Ocasio y el Juez Rodríguez Flores.

Rodríguez Flores, juez ponente.

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 22 de octubre de 2024.

Comparece por derecho propio y en forma *pauperis*, el señor William Montalvo Pérez (en adelante, peticionario) mediante recurso de *certiorari* recibido en nuestra Secretaría el 27 de septiembre de 2024.

Luego de evaluar dicho recurso hemos advertido que el mismo incumple sustancialmente con las Reglas 32, 33 y 34 de nuestro Reglamento, relativas al contenido y forma de los escritos de *certiorari.* 4 LPRA Ap. XXII-B, R. 32, 33 y 34, cuya inobservancia es indispensable para su consideración. El peticionario -quien se encuentra bajo la custodia del Departamento de Corrección y Rehabilitación- presentó un escueto escrito en el que solo se limitó a citar porciones de disposiciones legales relativas al sistema de

bonificación o reducción de sentencias criminales. Sin embargo, no solicita la revisión de una orden o resolución judicial, ni formula o discute señalamiento de error alguno. El incumplimiento con las disposiciones reglamentarias aplicables provoca un impedimento real y meritorio para que podamos considerar el caso en los méritos.[1]

En virtud de lo anterior, desestimamos el escrito por falta de jurisdicción. Regla 83(C) del Reglamento del Tribunal de Apelaciones, 4 LPRA, Ap. XXII-B.

Notifíquese.

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Al respecto, véase, *Pueblo v. Rivera Toro*, 173 DPR 137, 145 (2008).